ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 29 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 29 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL CRAY, | Case No. CV 13-01419 JST (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| M. D. MCDONALD, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: July 26, 2013

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE